IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-cv-00797-AP

MIKHAIL A. BELOBORODYY,

       Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>ALEXESS D. REA<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1001 17th St.<br>Denver, CO 80202<br>Tele: 303-844-7101<br>Fax:  303-844-0770<br>alexess.rea@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint was filed:** March 29, 2011
    B. **Date Complaint was served on U.S. Attorney's office:** April 12, 2011
    C. **Date Answer and Administrative Record were filed:** June 9, 2011

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:**

The Administrative Record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**.

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters to bring to the Court's attention.

**8. BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief Due**: July 29, 2011
    B. **Defendant's Response Brief Due**: August 29, 2011
    C. **Plaintiff's Reply Brief (If Any) Due**: September 19, 2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**   **Plaintiff's statement**:
        Plaintiff does not request oral argument.

    **B.**   **Defendant's statement**
        Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**   **(  )** All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

    **B.**   **( X )** All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

    DATED this 29th day of June, 2011.

                                    BY THE COURT

                                    *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ *Ann J. Atkinson*
ANN J. ATKINSON
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
Tele: 303-680-1881
Fax: 303-680-7891
AtkinsonAJ@aol.com

Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

s/ *Alexess D. Rea*
ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
Tele: 303-844-7101
Fax: 303-844-0770
alexess.rea@ssa.gov

Attorneys for Defendant