**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00797-PAB

MIKHAIL A. BELOBORODYY,

    Plaintiff,

v.

Carolyn W. Colvin, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 15] of Judge Philip A. Brimmer entered on September 25, 2013 it is

**ORDERED** that, this action was decided by Judge Philip A. Brimmer on Plaintiff's Social Security Appeal.  The Court has ordered that the decision of the administrative Law Judge is reversed and remanded. It is

**FURTHER ORDERED** that the Plaintiff shall recover costs from Defendant Carolyn W. Colvin, Commissioner of Social Security.

Dated at Denver, Colorado this 25th day of September, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk