IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00797-PAB

MIKHAIL A. BELOBORODYY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

This matter comes before the Court on the Unopposed (Stipulated) Motion for an

Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C.

§ 2412(d) [Docket No. 17], filed by plaintiff Mikhail A. Beloborodyy and defendant

Carolyn W. Colvin.  The Court has reviewed the pleading and is fully advised of the

premises.

Accordingly, it is

**ORDERED** that the Unopposed (Stipulated) Motion for an Award of Attorney

Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)

[Docket No. 17] is **GRANTED**.  Defendant is ordered to pay the amount of $3,515.02 to

plaintiff for attorney's fees under the EAJA, 28 U.S.C. § 2412(d).  It is further

**ORDERED** that this award is without prejudice to the right of plaintiff's counsel to

seek attorney fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b),

subject to the offset provisions of the EAJA.  It is further

**ORDERED** that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007).  It is further

**ORDERED** that if it is determined upon effectuation of this Order that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and the Commissioner agrees to accept the assignment, the fee awarded herein shall be made payable to plaintiff's attorney.  If there is such a debt, any fee remaining after offset will be payable to plaintiff and delivered to plaintiff's attorney.

DATED April 22, 2014.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge